## Commonwealth *v.* Wyche, Appellant.

Submitted September 11, 1972. *Robert L. Arangio,* and *Zarwin, Baum, Arangio & Somerson,* for appellant; *Robyn Greene* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Bodden, Appellant, *v.* Bodden.

Argued September 15, 1972. *Raymond M. Victor,* with him *Morris & Victor,* for appellant; *J. Molluso,* with him *Gerald Pomerantz,* and *Techner, Rubin, Shapiro, Silverstein & Slass,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.